STATE OF NEW JERSEY v. ELAINE ABNATHYA.

March 8, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM WHITEHEAD.

March 8, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES E. BYNUM.

March 8, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. WARDELL DAVIS.

March 8, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. CARLOS RAMON-MARTINEZ.

March 8, 1989.

Petition for certification denied.